IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 06-cr-00506-WDM

UNITED STATES OF AMERICA,

　　　　Plaintiff,

v.

BOGAR ARMANDO MILLAN-BRISENO,

　　　　Defendant.

_____

### ORDER
_____

　　　　The court construes defendant's Notice of Disposition as a motion to change his

plea and to have the court consider the terms of the parties' plea agreement.  Pursuant

to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending

determination of those matters.  The trial date is vacated.  Counsel shall contact

chambers within ten days to set a change of plea hearing.

　　　　DATED at Denver, Colorado, on February 5, 2007.

　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　s/ Walker D. Miller
　　　　　　　　　　　　　　　　　　　United States District Judge

PDF FINAL